UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JESSICA MARIE STEVENS,

                Plaintiff,

                Civil Action No. 5:23-cv-0370-DNH-MJK

MARTIN O'MALLEY,
COMMISSIONER OF
SOCIAL SECURITY,

                Defendant

-------------------------------------------------------------X

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920

**IT IS HEREBY STIPULATED** by and between Kathryn Pollack, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Justin M. Goldstein, attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$7,723.55,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated: September 6, 2024

By:   */s/ Kathryn Pollack*
      Special Assistant U.S. Attorney
      Office of Program Litigation, Office 2
      Social Security Administration
      Office of the General Counsel

By:   /s *Justin M. Goldstein*
      Justin M. Goldstein
      Hiller Comerford Injury & Disability Law

6401 Security Blvd  
Baltimore, MD 21235  
(212) 264-2331  
Email: kathryn.pollack@ssa.gov

6000 North Bailey Avenue - Suite 1A  
Amherst, NY 14226  
(716) 564-3288  
Email: jgoldstein@hillercomerford.com

**SO ORDERED.**

IT IS SO ORDERED:

David N. Hurd  
U.S. District Judge

Dated: 09-09-2024